AO 91 (Rev. 02/09) Criminal Complaint

# FELONY

## UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
**FILED**

*September 29, 2020*

David J. Bradley, Clerk of Court

United States of America
v.
Jose Luis ALONSO

*Defendant*

Case No. 1:20-MJ-703

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __September 28, 2020__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant violated __18__ U. S. C. § __554 and 371__ an offense described as follows:

Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: One (1) AR-15 rifle, one (1) .22 caliber rifle, and one (1) 12 gauge shotgun.

This criminal complaint is based on these facts:

On September 28, 2020, United States Customs and Border Protection Officers (CBPOs) at Brownsville and Matamoros Port of Entry, Brownsville, TX, while conducting outbound inspections of vehicles, selected a Dodge Nitro for inspection. CBPOs encountered the driver of the Dodge Nitro, Jose Luis ALONSO, a United States Citizen, and received a negative declaration. CBPOs inspected the vehicle and officers discovered a .22 caliber rifle and a disassembled 12-gauge shotgun hidden in the rear panel of the vehicle and a disassembled AR-15 rifle found hidden in the rear quarter panel and sunroof of the vehicle. Homeland Security Investigations special agents interviewed ALONSO and he stated that he knew why he was being detained but requested an attorney prior to speaking with agents. AUSA Bill Hagen accepted federal prosecution on ALONSO.

☐ Continued on the attached sheet

*Complainant's signature*

SA F. Javier Mata
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on September 29, 2020.

Date: September 29, 2020

City and state: Brownsville, Texas

*Judge's signature*

Ignacio Torteya, III, Magistrate Judge
*Printed name and title*